UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | | |
|---|---|---|
| IN RE: | ) | |
| KEM, SAMEDY | ) | Case No. 313-35636RLD7 |
| KEM, CHRISTINE MARIE | ) | |
| | ) | LIST OF NAMES AND POST |
| | ) | OFFICE ADDRESS FOR |
| Debtor(s) | ) | UNCLAIMED FUNDS |

I, the undersigned case trustee, certify that:

1.      The final disbursement to creditors has been completed.

2.      All final disbursement checks payable in this case have been cashed, except that checks issued to the entities listed below  have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3.      I verify the address used for mailing to each entity matches the most recent address in the case record for that entity, and I made all other reasonable attempts to deliver each check.

4.      A payment  for the total of all such unclaimed funds listed below in the amount of $32.85 is made to the to the Clerk of the U.S. Bankruptcy Court in conjunction with the filing of this list.

5.      The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| Claim No. | Name / Address | Dividend |
|---|---|---|
| 9 | Duane Van Dusen<br>6680 SW 203rd CT<br>Aloha, OR 97007 | 19.16 |
| 15 | Quanta Indemnity<br>1125 17th St., Ste. 600<br>Denver, CO 80202 | 13.69 |
| | **TOTAL:**     $ | **32.85** |

DATED: December 12, 2018                        /s/ KENNETH S. EILER
                                                                          KENNETH S. EILER, Trustee

390 (2/2/18)